UNDER SEAL

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO. 3:15CR77 |
| | ) | |
| V. | ) | ORDER TO SEAL |
| | ) | INDICTMENT |
| DURAL SAMUELS, et al. | ) | |
| | ) | |

UPON MOTION of the United States of America, by and through Jill Westmoreland Rose, Acting United States Attorney, Western District of North Carolina, it is hereby ORDERED, ADJUDGED and DECREED that the Bill of Indictment, the Motion to Seal Indictment, the Arrest Warrants and this Court's Order in the above-referenced case above-referenced case be sealed until the defendants have been arrested.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 20th day of March, 2015.

_____
DAVID S. KEESLER
UNITED STATES MAGISTRATE JUDGE