IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:15-CR-00077-RJC-DCK

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DURAL SAMUELS | ) | |
| | ) | |

**THIS MATTER** is before the Court upon the government's Motion for Revocation of Magistrate Judge's Release Order, pursuant to 18 U.S.C. § 3145(a), (Doc. No. 17), and the defendant's Response, (Doc. No. 19).

The defendant was recently arrested pursuant to an indictment charging him conspiracy to commit wire fraud and a substantive wire fraud offense. (Doc. No. 3: Indictment). A magistrate judge in this district ordered the defendant's release after a hearing on April 9, 2015, consistent with the recommendation in the United States Pretrial Services report, but over the government's objection. (Doc. No. 13: Order). The Release Order was stayed pending review by this Court.

A district court is required to make an independent, de novo determination when acting on a motion to review a magistrate judge's pretrial release order. United States v. Stewart, 19 F. App'x 46, 48 (4th Cir. 2001)(citing United States v. Rueben, 974 F.2d 580, 585-86 (5th Cir. 1992). However, a district court is not required to hold an additional evidentiary hearing as part of its review. United States v. King, 849 F.2d 485, 489-90 (11th Cir. 1988); United States v. Hare, 873 F.2d 796, 799 (5th Cir. 1989). After conducting its independent review, a district court may explicitly adopt the magistrate judge's order without making duplicate findings, or may state additional reasons supporting its decision. King, 849, F.2d at 490-91.

Accordingly, the Court has reviewed the entire record in this case de novo. The Court finds that the magistrate judge correctly assessed the factors set forth in 18 U.S.C. § 3142(g) in reaching the conclusion that there are conditions that will reasonably assure the appearance of the defendant as required and adopts the magistrate judge's order.

**IT IS, THEREFORE, ORDERED** that the government's Motion, (Doc. No. 17), is **DENIED**, and the defendant may be released according to the terms of the Release Order, (Doc. No. 13).

Signed: April 23, 2015

Robert J. Conrad, Jr.
United States District Judge